UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

LYNNELLE R   MARCHE

                                                    : Bankruptcy No. 18-12891JKF
       Debtor(s)                                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*(signature)*

_____
Jean K. FitzSimon, B. J.

**Date: July 11, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL D SAYLES   ESQ
SAYLES AND ASSOCIATES
427 WEST CHELTENHAM AVE STE#2
ELKINS PARK PA 19027-3201

LYNNELLE R   MARCHE
6028 MAGNOLIA STREET
PHILADELPHIA,PA.19144-3157