United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 18-12891-jkf
Lynnelle R. Marche                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD              Page 1 of 2                Date Rcvd: Jul 11, 2018
                              Form ID: pdf900             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
```
db            +Lynnelle R. Marche,   6028 Magnolia Street,   Philadelphia, PA 19144-1133
14099301      +Deutsche Bank National Trust Company,   3415 Vision Drive,   Columbus, OH 43219-6009
14159123      +Directv, LLC,   by American InfoSource LP as agent,   4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
14099302       ERC,   PO Box 23870,   Jacksonville, FL 32241-3870
14099303      +KML Law Group, PC,   Suite 5000-BNY Independence Center,   701 Market Street,
               Philadelphia, PA 19106-1538
14099305       PGW,   PO Box 11700,   Newark, NJ 07101-4700
14099304      +PGW,   800 West Montgomery Drive, 3F,   attn: Bankruptcy Department,
               Philadelphia, PA 19122-2806
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:38     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2018 02:40:16
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2018 02:40:36     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14099308       E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:38     Water Revenue Bureau,
               PO Box 41496,   Philadelphia, PA 19101-1496
14099299       E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:38     City of Philadelphia,
               Law Department-Bankruptcy Unit,   Municipal Services Building,   1401 JFK Boulevard, 5th Floor,
               Philadelphia, PA 19102-1595
14099300       E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:38     City of Philadelphia,
               Law Department-Bankruptcy Unit,   One Parkway Building,   1515 Arch Street, 15th Floor,
               Philadelphia, PA 19102-1595
14162971       E-mail/Text: jennifer.chacon@spservicing.com Jul 12 2018 02:41:03
               Deutsche Bank National Trust Company, et al,   c/o Select Portfolio Servicing, Inc.,
               P.O. Box 65250,   Salt Lake City, UT 84165-0250
14130018       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2018 02:41:33
               LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
               LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14161832       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2018 02:41:33
               LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
               Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14099306       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2018 02:41:28
               Portfolio Recovery Assoc.,   P.O. Box 12914,   Norfolk, VA 23541-0914
14161340       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2018 02:41:28
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14099307       E-mail/Text: jennifer.chacon@spservicing.com Jul 12 2018 02:41:03
               Select Portfolio Servicing Inc.,   PO Box 65450,   Salt Lake City, UT 84165-0450
14099309       E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:38     Water Revenue Bureau,
               Phyllis Chase, Collections Manager,   Municipal Services Building,   1401 JFK Blvd.,
               Philadelphia, PA 19102-1663
                                                                                                TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                                Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Jul 11, 2018
                              Form ID: pdf900             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL D. SAYLES    on behalf of Debtor Lynnelle R. Marche midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the SACO I Inc., Mortgage Pass-Through Certificates, Series 1999-5 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

LYNNELLE R   MARCHE

                                                    : Bankruptcy No. 18-12891JKF
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: July 11, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL D SAYLES   ESQ
SAYLES AND ASSOCIATES
427 WEST CHELTENHAM AVE STE#2
ELKINS PARK PA 19027-3201

LYNNELLE R   MARCHE
6028 MAGNOLIA STREET
PHILADELPHIA,PA.19144-3157